**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:          Cynthia Willis v. The State of Texas

Appellate case number:      01-21-00438-CR

Trial court case number:    1584804

Trial court:                        208th District Court of Harris County

Appellant, Cynthia Willis, has filed an "Agreed Motion for Leave to Withdraw and Substitute Counsel." Appellant is currently represented Angela Cameron, who was appointed to represent appellant by the trial court. However, appellant's motion states that appellant has retained an attorney, Nicolette Westbrooks, to represent her on appeal. Accordingly, appellant requests that Angela Cameron be allowed to withdraw from representation of appellant on appeal, and that Nicolette Westbrooks be substituted as counsel on appeal.

Appellant's motion does not state that appellant conferred with the State regarding the requested relief, however, more than ten days have passed, and the State has not opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**. *See* TEX. R. APP. P. 6.5(b).

The Clerk of this Court is directed to note the withdrawal of Angela Cameron as counsel for appellant and substitute Nicolette Westbrooks as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                            ☑ Acting individually     ☐ Acting for the Court

Date: ___September 23, 2021____